United States District Court
Southern District of Texas
**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY BRADFORD, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-00317 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS INC, | § | |
| Defendant. | § | |

## ORDER

The parties have provided notice of settlement of their dispute. Dkt 27.

All claims by Plaintiff Radley Bradford against Defendant Experian Information Solutions Inc are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on April 19, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge